**Kansas City Shook and Manufacturing Company, appellant, v. Elmer L. Arminger, appellee. Gen. No. 25,626.**

Action to recover balance due for goods sold and delivered. Set-off by defendant. Judgment for defendant on excess of set-off over plaintiff's recovery. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 8, 1920.

Hoyne, O'Connor & Irwin, for appellant. Walter H. Eckert and Warren B. Buckley, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**Leah Byrnes, appellant, v. Conrad Cederborg and Lilly Cederborg, appellees. Gen. No. 25,636.**

Action to recover of innkeeper for goods of guest stolen from inn. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. Harry P. Dolan, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 8, 1920.

Einar C. Howard and Max Borchardt, for appellant. No appearance for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**L. Markle Company, appellee, v. McKenzie Cleland, appellant. Gen. No. 25,669.**

Action to recover on promissory notes and check. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 8, 1920.

Lester E. Lee and Robert G. Phelps, for appellant. Welter & Matthews, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**The People of the State of Illinois ex rel. Angela Blaa, appellee, v. William Krison, appellant. Gen. No. 25,704.**

Bastardy proceeding. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Sheridan E. Fry, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 8, 1920.

John F. Tyrrell, for appellant. Maclay Hoyne and Edward E. Wilson, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.